# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK ROTHSCHILD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 1:19-cv-05240-DLI-RLM<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

Plaintiff Mark Rothschild ("Plaintiff") and Defendant General Motors LLC ("GM"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against GM are hereby dismissed. This dismissal is without prejudice, but will automatically convert to a dismissal with prejudice on January 10, 2022, unless Plaintiff files a notice of reinstatement before that date. Each party shall bear its own costs and attorneys' fees, except as may otherwise be agreed by the parties.

**SO STIPULATED.**

DATED: January 3, 2022                                    Respectfully submitted,

*/s/ Mark Patronella*
Mark Patronella (admitted *pro hac vice*)
Nicholas A. Migliaccio (admitted *pro hac vice*)
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, DC 20002
T: 202.470.3520
F: 202.800.2730
mpatronella@classlawdc.com

*/s/ Stephen B. Devereaux*
Stephen B. Devereaux (admitted *pro hac vice*)
Susan M. Clare (admitted *pro hac vice*)
Adam Reinke (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
T: 404.572.4600
F: 404.572.5100

| | |
|---|---|
| nmigliaccio@classlawdc.com | sdevereaux@kslaw.com |
| | sclare@kslaw.com |
| Daniel C. Levin (admitted *pro hac vice*) | areinke@kslaw.com |
| LEVIN SEDRAN & BERMAN | |
| 510 Walnut Street, Suite 500 | Jacqueline K. Seidel |
| Philadelphia, PA 19106 | KING & SPALDING LLP |
| T: 215.592.1500 | 1185 Avenue of the Americas, 34th Floor |
| F: 215.592.4663 | New York, NY 10036 |
| dlevin@lfsb.com | Phone: (212) 556-2100 |
| | Fax: (212) 556-2222 |
| Steven G. Calamusa (admitted *pro hac vice*) | jseidel@kslaw.com |
| GORDON & PARTNERS | |
| 4114 Northlake Boulevard | |
| Palm Beach Gardens, FL 33410 | *Counsel for Defendant General Motors LLC* |
| T: 561.799.5070 | |
| scalamusa@fortheinjured.com | |

*Counsel for Plaintiff Mark Rothschild*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

>/s/ Mark Patronella
>Mark Patronella
>
>*Counsel for Plaintiff Mark Rothschild*